**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelley C. Rayba | CHAPTER 13 |
| | BKY. NO. 19-70558 JAD |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certificates, Series 2005-SD3 and index same on the master mailing list.

    Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com