**UPMC** LIFE CHANGING MEDICINE

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kelley Rayba | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| Job Title | | Tax Reporting Unit Name |
| | | Home Nursing Agency & VNA |
| Employee Address | Position | Tax Reporting Unit Address |
| 248 Third Avenue<br>PO Box 89<br>Hastings, PA 16646<br>US | | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 18-Aug-2019 | 31-Aug-2019 | 6-Sep-2019 | 18.86 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,659.26 | 13,284.14 |
| Nonpayroll Payment | 100.28 | 658.03 |
| Pretax Deductions | 135.22 | 978.27 |
| Employee Tax Deductions | 370.11 | 2,998.40 |
| Voluntary Deductions | 70.73 | 247.83 |
| Net Payment | 1,173.48 | 9,546.73 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium | 4.72 | 361.17 |
| Day OT Regular | 9.43 | 722.34 |
| Day Regular | 1,391.87 | 9,158.43 |
| Holiday Worked | 0.00 | 381.92 |
| Mileage | 100.28 | 646.53 |
| Weekend OT Premium | 42.44 | 244.72 |
| Weekend OT Regular | 84.87 | 287.15 |
| Weekend Regular | 116.93 | 1,827.53 |

**Others**

| Description | Current | Year to Date |
|---|---|---|
| Paid Meal Break | 0.00 | 11.50 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Mileage | | | 172.90 | Hours | 0.58 | 1.00 | 100.28 |
| Day OT Premium | | | 0.50 | Hours | 18.86 | 0.50 | 4.72 |
| Weekend OT Premium | | | 4.50 | Hours | 18.86 | 0.50 | 42.44 |
| Day Regular | | | 73.80 | Hours | 18.86 | 1.00 | 1,391.87 |
| Weekend OT Regular | | | 4.50 | Hours | 18.86 | 1.00 | 84.87 |
| Weekend Regular | | | 6.20 | Hours | 18.86 | 1.00 | 116.93 |
| Day OT Regular | | | 0.50 | Hours | 18.86 | 1.00 | 9.43 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Unused Entitlement Payment | 0.00 | 141.45 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 0.50 | 38.30 |

7243494005

**UPMC** LIFE CHANGING MEDICINE

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kelley Rayba | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| Job Title | | Tax Reporting Unit Name |
| | | Home Nursing Agency & VNA |
| Employee Address | Position | Tax Reporting Unit Address |
| 248 Third Avenue | | 600 Grant Street |
| PO Box 89 | | Floor 56 |
| Hastings, PA 16646 | | Pittsburgh, PA 15219 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 4-Aug-2019 | 17-Aug-2019 | 23-Aug-2019 | 18.86 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,539.92 | 11,633.88 |
| Nonpayroll Payment | 85.96 | 557.75 |
| Pretax Deductions | 100.81 | 843.05 |
| Employee Tax Deductions | 344.36 | 2,628.29 |
| Voluntary Deductions | 20.73 | 177.10 |
| Net Payment | 1,079.98 | 8,372.25 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium | 82.04 | 356.45 |
| Day OT Regular | 164.08 | 712.91 |
| Day Regular | 944.89 | 7,766.56 |
| Holiday Worked | 0.00 | 381.92 |
| Mileage | 85.96 | 546.25 |
| Weekend OT Premium | 0.00 | 202.28 |
| Weekend OT Regular | 0.00 | 202.28 |
| Weekend Regular | 348.91 | 1,710.60 |

### Others

| Description | Current | Year to Date |
|---|---|---|
| Paid Meal Break | 0.00 | 11.50 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Mileage | | | 148.20 | Hours | 0.58 | 1.00 | 85.96 |
| Day Regular | | | 50.10 | Hours | 18.86 | 1.00 | 944.89 |
| Day OT Premium | | | 8.70 | Hours | 18.86 | 0.50 | 82.04 |
| Weekend Regular | | | 18.50 | Hours | 18.86 | 1.00 | 348.91 |
| Day OT Regular | | | 8.70 | Hours | 18.86 | 1.00 | 164.08 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Unused Entitlement Payment | 0.00 | 141.45 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 8.70 | 37.80 |
| Day OT Regular Hours Worked | 8.70 | 37.80 |
| Day Regular Hours Worked | 50.10 | 411.80 |

# UPMC LIFE CHANGING MEDICINE

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kelley Rayba | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| Job Title | | Tax Reporting Unit Name |
| | | Home Nursing Agency & VNA |
| Employee Address | Position | Tax Reporting Unit Address |
| 248 Third Avenue PO Box 89 Hastings, PA 16646 US | | 600 Grant Street Floor 56 Pittsburgh, PA 15219 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 21-Jul-2019 | 3-Aug-2019 | 9-Aug-2019 | 18.86 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,47_.74 | 10,093.96 |
| Nonpayroll Payment | 10_.28 | 471.79 |
| Pretax Deductions | 12_.28 | 712.24 |
| Employee Tax Deductions | 32_.68 | 2,283.93 |
| Voluntary Deductions | 7_.73 | 106.37 |
| Net Payment | 1,04_.33 | 7,292.27 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium | 4_.38 | 274.41 |
| Day OT Regular | 8_.76 | 548.83 |
| Day Regular | 85_.36 | 6,821.67 |
| Holiday Worked | 0.00 | 381.92 |
| Mileage | 10_.28 | 460.29 |
| Weekend OT Premium | 0.00 | 202.28 |
| Weekend OT Regular | 0.00 | 202.28 |
| Weekend Regular | 3_0.79 | 1,361.69 |

## Others

| Description | Current | Year to Date |
|---|---|---|
| Paid Meal Break | 0.00 | 11.50 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 4.60 | Hours | 18.86 | 0.50 | 43.38 |
| Mileage | | | 172.90 | Hours | 0.58 | 1.00 | 100.28 |
| Day Regular | | | 45.30 | Hours | 18.86 | 1.00 | 854.36 |
| Holiday Unused Entitlement | | | 7.50 | Hours | 18.86 | 1.00 | 141.45 |
| Weekend Regular | | | 18.60 | Hours | 18.86 | 1.00 | 350.79 |
| Day OT Regular | | | 4.60 | Hours | 18.86 | 1.00 | 86.76 |

## Absences

| Description | Current | Year to Date |
|---|---|---|
| Holiday Unused Entitlement Payment | 141.45 | 141.45 |

## Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 4.60 | 29.10 |
| Day OT Regular Hours Worked | 4.60 | 29.10 |

**UPMC** LIFE CHANGING MEDICINE

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
| --- | --- | --- |
| Kelley Rayba | | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| | | Hourly |
| Job Title | | Tax Reporting Unit Name |
| | | Home Nursing Agency & VNA |
| Employee Address | Position | Tax Reporting Unit Address |
| 248 Third Avenue | | 600 Grant Street |
| PO Box 89 | | Floor 56 |
| Hastings, PA 16646 | | Pittsburgh, PA 15219 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
| --- | --- | --- | --- | --- |
| Biweekly | 7-Jul-2019 | 20-Jul-2019 | 26-Jul-2019 | 18.86 |

### Summary

| Description | Current | Year to Date |
| --- | --- | --- |
| Gross Earnings | 1,592.73 | 8,617.22 |
| Nonpayroll Payment | 114.61 | 371.51 |
| Pretax Deductions | 131.92 | 583.96 |
| Employee Tax Deductions | 355.70 | 1,954.25 |
| Voluntary Deductions | 7.82 | 35.64 |
| Net Payment | 1,199.90 | 6,243.94 |

### Earnings

| Description | Current | Year to Date |
| --- | --- | --- |
| Day OT Premium | 48.09 | 231.03 |
| Day OT Regular | 96.19 | 462.07 |
| Day Regular | 1,101.43 | 5,967.31 |
| Holiday Worked | 0.00 | 381.92 |
| Mileage | 114.61 | 360.01 |
| Weekend OT Premium | 0.00 | 202.28 |
| Weekend OT Regular | 0.00 | 202.28 |
| Weekend Regular | 347.02 | 1,010.90 |

### Others

| Description | Current | Year to Date |
| --- | --- | --- |
| Paid Meal Break | 0.00 | 11.50 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Mileage | | | 197.60 | Hours | 0.58 | 1.00 | 114.61 |
| Day Regular | | | 58.40 | Hours | 18.86 | 1.00 | 1,101.43 |
| Day OT Premium | | | 5.10 | Hours | 18.86 | 0.50 | 48.09 |
| Weekend Regular | | | 18.40 | Hours | 18.86 | 1.00 | 347.02 |
| Day OT Regular | | | 5.10 | Hours | 18.86 | 1.00 | 96.19 |

### Hours

| Description | Current | Year to Date |
| --- | --- | --- |
| Day OT Premium Hours Worked | 5.10 | 24.50 |
| Day OT Regular Hours Worked | 5.10 | 24.50 |
| Day Regular Hours Worked | 58.40 | 316.40 |
| Holiday Worked Hours Worked | 0.00 | 13.50 |
| Mileage Hours Worked | 197.60 | 620.70 |
| Paid Meal Break | 3.50 | 7.50 |
| Weekend OT Premium Hours Worked | 0.00 | 7.15 |

**UPMC** LIFE CHANGING MEDICINE

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kelley Rayba | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 13-May-2019 | | Home Nursing Agency & VNA |
| | **Position** | **Tax Reporting Unit Address** |
| 248 Third Avenue PO Box 89 Hastings, PA 16646 US | | 600 Grant Street Floor 56 Pittsburgh, PA 15219 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 23-Jun-2019 | 6-Jul-2019 | 12-Jul-2019 | 18.86 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,137.78 | 7,024.49 |
| Nonpayroll Payment | 85.96 | 256.90 |
| Pretax Deductions | 151.72 | 451.04 |
| Employee Tax Deductions | 511.54 | 1,597.55 |
| Voluntary Deductions | 17.82 | 17.82 |
| Net Payment | 1,535.66 | 5,044.04 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium | 182.94 | 182.94 |
| Day OT Regular | 365.88 | 365.88 |
| Day Regular | 1,009.01 | 4,865.88 |
| Holiday Worked | 381.92 | 381.92 |
| Mileage | 85.96 | 245.40 |
| Weekend OT Premium | 0.00 | 202.28 |
| Weekend OT Regular | 0.00 | 202.28 |
| Weekend Regular | 198.03 | 663.88 |

### Others

| Description | Current | Year to Date |
|---|---|---|
| Paid Meal Break | 0.00 | 11.50 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Mileage | | | 148.20 | Hours | 0.58 | 1.00 | 85.96 |
| Day OT Premium | | | 19.40 | Hours | 18.86 | 0.50 | 182.94 |
| Holiday Worked | | | 13.50 | Hours | 18.86 | 1.50 | 381.92 |
| Day Regular | | | 53.50 | Hours | 18.86 | 1.00 | 1,009.01 |
| Weekend Regular | | | 10.50 | Hours | 18.86 | 1.00 | 198.03 |
| Day OT Regular | | | 19.40 | Hours | 18.86 | 1.00 | 365.88 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Day OT Premium Hours Worked | 19.40 | 19.40 |
| Day OT Regular Hours Worked | 19.40 | 19.40 |
| Day Regular Hours Worked | 58.50 | 258.00 |
| Holiday Worked Hours Worked | 13.50 | 13.50 |
| Mileage Hours Worked | 148.20 | 423.10 |
| Paid Meal Break | 4.00 | 4.00 |