# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 19-70558-JAD
**Kelley C. Rayba,**                                :
                                                    : Chapter 13
**Debtor**                                          :
                                                    :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of September, 2019, a true and correct copy of the Order dated September 25, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> UPMC
> 600 GRANT STREET, FLOOR 56
> PITTSBURGH, PA 15219
>
> KELLEY C. RAYBA
> 248 3RD AVENUE
> HASTINGS, PA 16646

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 26, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470