# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70558-JAD |
| Kelley C. Rayba, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Kelley C. Rayba, | : | Doc. # 10 |
| Movant | : | |
| vs. | : | |
| No Respondents | : | |

## ORDER

**AND NOW,** to wit this __24th__ day of September, 2019, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtor shall be and hereby is afforded an extension of time until the end of the __3rd__ day of __October__, 2019, within which to file her schedules, statements and related information.

BY THE COURT:

_____ jsf
Jeffery A. Deller,
United States Bankruptcy Judge

FILED
9/24/19 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-70558-JAD
Kelley C Rayba                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas                  Page 1 of 1                  Date Rcvd: Sep 24, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db             +Kelley C Rayba,   248 3rd Avenue,   Hastings, PA 16646-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to JPMorgan
               Chase Bank, N.A., as trustee Et Al... bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4