| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kelley C Rayba** | | Social Security number or ITIN   **xxx–xx–3618** |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13   9/9/19** |
| Case number:    **19–70558–JAD** | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelley C Rayba | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 248 3rd Avenue<br>Hastings, PA 16646 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658 | Contact phone 814–536–7470<br><br>Email:  thedebterasers@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 9/27/19 |

**For more information, see page 2**

Debtor  **Kelley C Rayba**                                                                    Case number **19–70558–JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 25, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/24/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/18/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/9/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/25/19** at **02:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-70558-JAD
Kelley C Rayba                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas          Page 1 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: 309I        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db          +Kelley C Rayba,   248 3rd Avenue,   Hastings, PA 16646-5609
aty         +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
tr          +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15119594    +Aas Debt Recovery Inc,   Po Box 129,   Monroeville, PA 15146-0129
15119595    +Aes/Barclays Bank Plc,   Po Box 61047,   Harrisburg, PA 17106-1047
15119596    +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
15119598    +Collection Service Center,   839 5th Avenue,   P.O. Box 560,   New Kensington, PA 15068-0560
15119600    +Conemaugh Memorial Medical Center,   c/o LifePoint Health Business Services,
             One Tech Park Drive, Suite 3400,   Johnstown, PA 15901-2515
15119603    +Credit Control Collections,   2410 Broad Avenue,   Altoona, PA 16601-1940
15119607    +DLP Conemaugh Physician Group,   Attn: CPG Billing/Westwood,   1086 Franklin Street,
             Johnstown, PA 15905-4305
15119608     Enhanced Recovery,   804 Bayberry Road,   Jacksonville, FL 32256
15119612    +KML Law Group, P.C.,   Suite 5000-BNY Independence Center,   701 Market Street,
             Philadelphia, PA 19106-1538
15119616     Miner's Medical Center,   Attn: Billing Department,   209 Haida Avenue,   Hastings, PA 16646
15119618    +Newmillenniu,   15935 Whittier Blv Suite A3,   Whittier, CA 90603-2500
15119619    +Northwest Bank,   P.O. Box 3001,   Warren, PA 16365-1101
15119620    +Penelec,   76 S. Main Street A-RPC,   Akron, OH 44308-1812
15119623    +Select Portfolio Servicing,   10401 Deerwood Park Boulevard,   Jacksonville, FL 32256-5007
15119624    +Somerset Area Ambulance Assn., Inc.,   115 Wood Duck Road,   Somerset, PA 15501-1679

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: thedebterasers@aol.com Sep 28 2019 02:44:09      Kenneth P. Seitz,
             Law Offices of Kenny P. Seitz,   P.O. Box 211,   Ligonier, PA 15658
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 02:44:31      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 28 2019 02:44:45
             Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr          +EDI: PRA.COM Sep 28 2019 06:33:00      PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
15119597    +EDI: APPLIEDBANK.COM Sep 28 2019 06:33:00      Applied Bank,   660 Plaza Dr,
             Newark, DE 19702-6369
15119599    +EDI: WFNNB.COM Sep 28 2019 06:33:00      Comenity Bank/Fashbug,   Po Box 182272,
             Columbus, OH 43218-2272
15119601    +EDI: CCS.COM Sep 28 2019 06:33:00      Credit Coll,   Po Box 9134,   Needham, MA 02494-9134
15119602    +EDI: CCS.COM Sep 28 2019 06:33:00      Credit Collections Services,   725 Canton Street,
             Norwood, MA 02062-2679
15119605     E-mail/Text: bdsupport@creditmanagementcompany.com Sep 28 2019 02:45:01
             Credit Management Co,   2121 Noblestown Road,   Pittsburg, PA 15205-3956
15119604     E-mail/Text: bdsupport@creditmanagementcompany.com Sep 28 2019 02:45:01
             Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15119609     E-mail/Text: bankruptcy.notices@hdfsi.com Sep 28 2019 02:45:06      Esb/Harley Davidson Cr,
             Po Box 21829,   Carson City, NV 89721-1829
15119610    +EDI: AMINFOFP.COM Sep 28 2019 06:33:00      First Premier Bank,   P.O. Box 5529,
             Sioux Falls, SD 57117-5529
15119611     EDI: JEFFERSONCAP.COM Sep 28 2019 06:33:00      Jefferson Capital Syst,   16 Mcleland Rd,
             Saint Cloud, MN 56303
15127886     EDI: JEFFERSONCAP.COM Sep 28 2019 06:33:00      Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
15125096     EDI: RESURGENT.COM Sep 28 2019 06:33:00      LVNV Funding, LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
15125096     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:02:38      LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15119613    +EDI: RESURGENT.COM Sep 28 2019 06:33:00      Lvnv Funding Llc,   Po Box 10497,
             Greenville, SC 29603-0497
15119613    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 03:03:17      Lvnv Funding Llc,
             Po Box 10497,   Greenville, SC 29603-0497
15119614    +EDI: VERIZONCOMB.COM Sep 28 2019 06:33:00      Mci,   500 Technology Dr Ste 30,
             Weldon Spring, MO 63304-2225
15119615    +EDI: MID8.COM Sep 28 2019 06:33:00      Midland Funding,   8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255
15119617    +EDI: NAVIENTFKASMSERV.COM Sep 28 2019 06:33:00      Navient,   Po Box 9655,
             Wilkes Barre, PA 18773-9655
15119622    +EDI: PRA.COM Sep 28 2019 06:33:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4952
15120733    +EDI: RMSC.COM Sep 28 2019 06:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
15119625    +EDI: VERIZONCOMB.COM Sep 28 2019 06:33:00      Verizon,   500 Technology Drive, Suite 550,
             Weldon Spring, MO 63304-2225
                                                                                    TOTAL: 24

```
District/off: 0315-7          User: dpas              Page 2 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: 309I           Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, successor to JPMorgan
15119606        David P. Rayba
15119621      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to JPMorgan
         Chase Bank, N.A., as trustee Et Al... bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 4