# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-70558-JAD |
| Kelley C. Rayba, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 1st day of October, 2019, a true and correct copy of the Motion to Extend Automatic Stay Beyond Thirty Days with attached Exhibit dated September 26, 2019, along with a copy of the Order dated September 30, 2019, by First-Class Mail.  U.S. Postage paid on all Parties on the Court's Mailing Matrix.

Executed on: October 1, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 19-70558-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Sep 25 08:26:31 EDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 | Aes/Barclays Bank Plc<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 |
| Applied Bank<br>660 Plaza Dr<br>Newark, DE 19702-6369 | Collection Service Center<br>839 5th Avenue<br>P.O. Box 560<br>New Kensington, PA 15068-0560 | Comenity Bank/Fashbug<br>Po Box 182272<br>Columbus, OH 43218-2272 |
| Conemaugh Memorial Medical Center<br>c/o LifePoint Health Business Services<br>One Tech Park Drive, Suite 3400<br>Johnstown, PA 15901-2515 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494-9134 | Credit Collections Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit Control Collections<br>2410 Broad Avenue<br>Altoona, PA 16601-1940 | Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Co<br>2121 Noblestown Road<br>Pittsburg, PA 15205-3956 |
| DLP Conemaugh Physician Group<br>Attn: CPG Billing/Westwood<br>1086 Franklin Street<br>Johnstown, PA 15905-4305 | Enhanced Recovery<br>804 Bayberry Road<br>Jacksonville, FL 32256 | Esb/Harley Davidson Cr<br>Po Box 21829<br>Carson City, NV 89721-1829 |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group, P.C.<br>Suite 5000-BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1538 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Mci<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Miner's Medical Center<br>Attn: Billing Department<br>209 Haida Avenue<br>Hastings, PA 16646 | Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 |
| Newmillenniu<br>15935 Whittier Blv Suite A3<br>Whittier, CA 90603-2500 | Northwest Bank<br>P.O. Box 3001<br>Warren, PA 16365-1101 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

| | | |
|---|---|---|
| Penelec<br>76 S. Main Street A-RPC<br>Akron, OH 44308-1812 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Select Portfolio Servicing<br>10401 Deerwood Park Boulevard<br>Jacksonville, FL 32256-5007 | Somerset Area Ambulance<br>115 Wood Duck Road<br>Somerset, PA 15501-1679 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Verizon<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304-2225 | Kelley C Rayba<br>248 3rd Avenue<br>Hastings, PA 16646-5609 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon, successor to | (u)David P. Rayba | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |