# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**KELLEY C. RAYBA,** : Bankruptcy No. 19-70558-JAD
: 
: Doc. #14
: 
**Debtor.** : Chapter 13
_____X

FILED
9/30/19 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this <u>**30th**</u> day of <u>**September**</u> 2019 a <u>**Motion To Extend The Automatic Stay**</u> <u>**Beyond Thirty Days**</u> having been filed by the **Debtor** in the above-captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Counsel for the Moving Party shall ***IMMEDIATELY*** serve, pursuant to Bankruptcy Rule 7004, a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Chapter 13 Trustee. Counsel for the Moving Party shall then file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above-captioned proceeding**.

2. **Any Response**, including a Consent to the Motion, **shall be filed with the Clerk's Office**, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 by **October 8, 2019.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

3. Said Motion is scheduled for hearing on **October 18, 2019**, at **11:00 AM** in **Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown PA 15901*** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE DELLER.**

5. A **maximum** of 10 minutes has been allotted to hear this matter. Should the matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

**IT IS FURTHER ORDERED THAT THE AUTOMATIC STAY SHALL REMAIN IN FULL FORCE AND EFFECT PENDING FURTHER ORDER OF THE COURT.**

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm: Kenneth P. Seitz, Esq.

\* **NOTE:** Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00027143

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70558-JAD
Kelley C Rayba                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: dpas              Page 1 of 1             Date Rcvd: Sep 30, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Kelley C Rayba,    248 3rd Avenue,    Hastings, PA 16646-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to JPMorgan
               Chase Bank, N.A., as trustee Et Al... bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4