**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-70558-JAD |
| Kelley C. Rayba, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Kelley C. Rayba, | : | (Prior Bankruptcy Case Filed at |
| Movant | : | Docket No. 18-70618-JAD Dismissed |
| vs. | : | March 29, 2019) |
| | : | |
| AAS Debt Recovery, Inc., | : | Docket No. 18 |
| AES/Barclays Bank, PLC, | : | |
| Allegheny Health Network, | : | |
| Applied Bank, | : | |
| Collection Service Center, | : | |
| Comenity Bank/Fashion Bug, | : | |
| Conemaugh Memorial Medical Ctr., | : | |
| Credit Collection Services, | : | |
| Credit Control Collections, | : | |
| Credit Management Company, | : | |
| DLP Conemaugh Physician Group, | : | |
| Enhanced Recovery, | : | |
| Esb/Harley Davidson Credit, | : | |
| First Premier Bank, | : | |
| Jefferson Capital Systems, | : | |
| KML Law Group, P.C., | : | |
| LVNV Funding, LLC, | : | |
| MCI, | : | |
| Midland Funding, | : | |
| Miner's Medical Center, | : | |
| Navient, | : | |
| Newmillenniu, | : | |
| Northwest Bank, | : | |
| Penelec, | : | |
| Penn Credit Corporation, | : | |
| Portfolio Recovery Associates, | : | |
| Select Portfolio Servicing, | : | |
| Somerset Area Ambulance, | : | |
| Synchrony Bank, | : | |
| Verizon, | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |

**ORDER**

**AND NOW,** on this __11th__ day of __October__, __2019,__ upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/11/19 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70558-JAD
Kelley C Rayba                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Oct 11, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db             +Kelley C Rayba,    248 3rd Avenue,    Hastings, PA 16646-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to JPMorgan
               Chase Bank, N.A., as trustee Et Al... bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4