## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            : **Case No. 19-70558-JAD**
   **Kelley C. Rayba,**                       :
                                            : **Chapter 13**
       **Debtor**                       :
                                            :

## <u>CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12</u>

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

28th day of April, 2021, a true and correct copy of the Order dated April 26, 2021, together with the

above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.

U.S. Postage paid on the Parties below:

       UPMC
       600 GRANT STREET, FLOOR 56
       PITTSBURGH, PA 15219

       KELLEY C. RAYBA
       248 3RD AVENUE
       HASTINGS, PA 16646

       Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>April 28, 2021</u>

       Respectfully submitted,
       /s/ Jessica L. Tighe
       Jessica L. Tighe; Legal Asst.
       Law Offices of Kenny P. Seitz
       P. O. Box 211
       Ligonier, PA  15658
       (814) 536-7470