# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-70558-JAD
**Kelley C. Rayba,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 28th day of April, 2021, a true and correct copy of the Order dated April 26, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

QUALITY LIFE SERVICES, INC.
1902 BIGLER AVENUE
NORTHERN CAMBRIA, PA 15714

KELLEY C. RAYBA
248 3RD AVENUE
HASTINGS, PA 16646

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: April 28, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470