# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-70558-JAD
**Kelley C. Rayba,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of July, 2021, a true and correct copy of the Order dated July 16, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> QUALITY LIFE SERVICES, INC.
> 1902 BIGLER AVENUE
> NORTHERN CAMBRIA, PA 15714
>
> KELLEY C. RAYBA
> 248 3RD AVENUE
> HASTINGS, PA 16646

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 19, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470