Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Kelley C Rayba**  :  Case No. 19−70558−JAD
*Debtor(s)*  :  Chapter: 13
:
:
:
:
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 18th of November, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kelley C Rayba  
      Debtor

Case No. 19-70558-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur     Page 1 of 3  
Date Rcvd: Nov 18, 2021     Form ID: 309     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelley C Rayba, 248 3rd Avenue, Hastings, PA 16646-5609 |
| 15119594 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 15119595 | + | Aes/Barclays Bank Plc, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15119596 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15138331 | + | CPG BILLING, 1086 FRANKLIN ST., JOHNSTOWN, PA 15905-4305 |
| 15119598 | + | Collection Service Center, 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15119600 | + | Conemaugh Memorial Medical Center, c/o LifePoint Health Business Services, One Tech Park Drive, Suite 3400, Johnstown, PA 15901-2508 |
| 15119603 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15119607 | + | DLP Conemaugh Physician Group, Attn: CPG Billing/Westwood, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15119608 | | Enhanced Recovery, 804 Bayberry Road, Jacksonville, FL 32256 |
| 15138238 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15119612 | + | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15119616 | | Miner's Medical Center, Attn: Billing Department, 209 Haida Avenue, Hastings, PA 16646 |
| 15119618 | + | Newmillenniu, 15935 Whittier Blv Suite A3, Whittier, CA 90603-2524 |
| 15119619 | + | Northwest Bank, P.O. Box 3001, Warren, PA 16365-1101 |
| 15152162 | + | Northwest Bank,, f/k/a Northwest Consumer Discount Co, P.O. Box 337, Warren, PA 16365-0337 |
| 15119620 | + | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 15149019 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15119623 | + | Select Portfolio Servicing, 10401 Deerwood Park Boulevard, Jacksonville, FL 32256-5007 |
| 15119624 | + | Somerset Area Ambulance Assn., Inc., 115 Wood Duck Road, Somerset, PA 15501-1679 |
| 15159253 | | The Bank of New York Mellon et. al,, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Nov 19 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15119597 | + | EDI: APPLIEDBANK.COM | Nov 19 2021 04:13:00 | Applied Bank, 660 Plaza Dr, Newark, DE 19702-6369 |
| 15119599 | + | EDI: WFNNB.COM | Nov 19 2021 04:13:00 | Comenity Bank/Fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 15119601 | + | EDI: CCS.COM | Nov 19 2021 04:13:00 | Credit Coll, Po Box 9134, Needham, MA 02494-9134 |
| 15119602 | + | EDI: CCS.COM | Nov 19 2021 04:13:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15119605 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 18 2021 23:11:00 | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 15119604 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2021 23:11:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15136289 | + | EDI: ECMC.COM | Nov 19 2021 04:13:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15119609 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 18 2021 23:11:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 15119610 | + | EDI: AMINFOFP.COM | Nov 19 2021 04:13:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15119611 | | EDI: JEFFERSONCAP.COM | Nov 19 2021 04:13:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15127886 | | EDI: JEFFERSONCAP.COM | Nov 19 2021 04:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125096 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:17:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15119613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:16:56 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 15119614 | + | EDI: VERIZONCOMB.COM | Nov 19 2021 04:13:00 | Mci, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 15119615 | + | EDI: MID8.COM | Nov 19 2021 04:13:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15119617 | + | EDI: NAVIENTFKASMSERV.COM | Nov 19 2021 04:13:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15119622 | + | EDI: PRA.COM | Nov 19 2021 04:13:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15120733 | + | EDI: RMSC.COM | Nov 19 2021 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15119625 | + | EDI: VERIZONCOMB.COM | Nov 19 2021 04:13:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15154414 | | EDI: AIS.COM | Nov 19 2021 04:13:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, successor to JPMorgan |
| 15119606 | | David P. Rayba |
| 15119621 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 309 | Total Noticed: 42 |

Date: Nov 20, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor The Bank of New York Mellon  successor to JPMorgan Chase Bank, N.A., as trustee Et Al...
                  bnicholas@kmllawgroup.com

Kenneth P. Seitz
                  on behalf of Debtor Kelley C Rayba thedebterasers@aol.com

Maria Miksich
                  on behalf of Creditor The Bank of New York Mellon  successor to JPMorgan Chase Bank, N.A., as trustee Et Al...
                  mmiksich@kmllawgroup.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com


TOTAL: 5