**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KELLEY C RAYBA

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-70558 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/09/2019 and confirmed on 10/30/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,080.82 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,075.82 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,463.59 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,963.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 9,981.92 | 0.00 | 9,981.92 |
|   Acct: 4172 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 35,177.29 | 3,111.15 | 0.00 | 3,111.15 |
|   Acct: 4172 | | | | |
| NORTHWEST BANK* | 11,725.27 | 4,773.63 | 1,245.53 | 6,019.16 |
|   Acct: 3470 | | | | |
| | | | | 19,112.23 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KELLEY C RAYBA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KELLEY C RAYBA | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | FIRST NATIONAL BANK OF PA** | 1,227.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 6187 | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | AES O/B/O ECMC | 15,980.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 3618 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4958 | | | | |
| | APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7849 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5001 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3486 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0117 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0765 | | | | |
| | CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1038 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8132 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1849 | | | | |
| | SOMERSET AREA AMBULANCE ASSOCIA | 2,559.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6070 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6606 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4651 | | | | |
| | CONEMAUGH PHYSICIANS GROUP | 1,097.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 5542 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7524 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8429 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0738 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 657.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 5541 | | | | |
| | LVNV FUNDING LLC | 1,824.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 3434 | | | | |
| | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2035 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3123 | | | | |
| | CONEMAUGH MINERS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5542 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2079 | | | | |
| | NEW MILLENIUM COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 14N1 | | | | |
| | PENELEC/FIRST ENERGY** | 5,701.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 9082 | | | | |
| | PENN CREDIT CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1614 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-70558 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 4045 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 555.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1266 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOMERSET AREA AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                          19,112.23

TOTAL CLAIMED
PRIORITY           0.00
SECURED       46,902.56
UNSECURED     29,603.24

Date: 12/14/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com